IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: October 15, 2009 |
| Court Reporter: Gwen Daniel | Time: 1:56 |

**Civil Action No.** 09-cv-02303-WDM

| Parties: | Counsel: |
|---|---|
| **WESTERN TRADITION PARTNERSHIP, et al.,** | Scott E. Gessler<br>Mario D. Nicolais |
| Plaintiffs, | |
| v. | |
| **THE CITY OF LONGMONT, et al.** | Thomas J. Lyons<br>Eugene Tsung-yu Mei |
| Defendants. | |

### COURTROOM MINUTES

**HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

**2:29 p.m.    Court in Session.**

Appearances of counsel.

Plaintiffs' Motion for Preliminary Injunction [doc. #6], filed October 2, 2009, is raised for argument.

2:31 p.m.    Discussion regarding schedule for this hearing.

2:37 p.m.    Opening statement by Plaintiffs (Mr. Gessler).

2:44 p.m.    Plaintiffs' witness **Julia Pirnack** sworn.

Direct examination by Plaintiffs (Mr. Gessler).

**Exhibits 1-10 RECEIVED.**

2:52 p.m.   Cross examination by Defendants (Mr. Lyons).

2:58 p.m.   Plaintiffs' witness **Chris Rodriguez** sworn.

   Direct examination by Plaintiffs (Mr. Gessler).
   *EX ID:   9, 3, 4, 5, 6, 7*

3:08 p.m.   Cross examination by Defendants (Mr. Lyons).

3:13 p.m.   Re-Direct examination by Plaintiffs (Mr. Gessler).

3:15 p.m.   Plaintiffs' witness **Deanna Dyer** sworn.

   Direct examination by Plaintiffs (Mr. Gessler).

3:23 p.m.   Cross examination by Defendants (Mr. Lyons).

3:24 p.m.   Re-Direct examination by Plaintiffs (Mr. Gessler).

3:26 p.m.   Plaintiffs' witness **Donald Ferguson** sworn.

   Direct examination by Plaintiffs (Mr. Gessler).
   *EX ID:   16, 17, 18*

**Exhibits 16, 17, 18 RECEIVED.**

3:35 p.m.   Cross examination by Defendants (Mr. Lyons).
   *EX ID:   B, C, D, E*

**3:41 p.m.   Court in Recess.**

**3:55 p.m.   Court in Session**

**Exhibits 16A, 17A, 18A RECEIVED.**

3:57 p.m.   Cross examination by Defendants continues (Mr. Lyons).

4:01 p.m.   Plaintiffs' witness **Jacob Leis** sworn.

   Direct examination by Plaintiffs (Mr. Gessler).
   *EX ID:   11, 12, 13, 14, 15*

**Exhibit 13 RECEIVED.**

**Exhibits 11, 12 REFUSED.**

**Exhibits 14, 15 REFUSED.**

| | |
|---|---|
| 4:13 p.m. | Cross examination by Defendants (Mr. Lyons).<br>***EX ID:***   *16* |
| 4:15 p.m. | Plaintiffs' witness **Steven Noel** sworn.<br><br>Direct examination by Plaintiffs (Mr. Gessler).<br>***EX ID:***   *4, 5, 19* |
| 4:22 p.m. | Cross examination by Defendants (Mr. Lyons).<br>***EX ID:***   *5, 4* |
| 4:26 p.m. | Plaintiffs rest |
| 4:27 p.m. | Argument by Plaintiffs (Mr. Gessler). |
| 4:30 p.m. | Argument by Defendants (Mr. Lyons). |
| 4:33 p.m. | Argument by Plaintiffs (Mr. Gessler). |
| 4:35 p.m. | Argument by Defendants (Mr. Lyons). |

**ORDERED:** Plaintiffs' Motion for Preliminary Injunction [doc. #6], filed October 2, 2009, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** This hearing is **CONTINUED** until **Monday, October 19, 2009, at 3:00 p.m., in courtroom A-902** at which time the Court will issue a ruling.

**4:39 p.m.    Court in Recess.**

**CLERK'S NOTE:    EXHIBITS ARE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**Total in-court time:**     1:56

Hearing continued.