IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02303-WDM-MJW

WESTERN TRADITION PARTNERSHIP, et al,

Plaintiff(s),

v.

THE CITY OF LONGMONT, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Stay Proceeding (docket no. 39) is GRANTED finding good cause shown.  The parties have settled this case subject to approval by the Longmont City Council.  The Longmont City Council will consider the settlement agreement on December 22, 2009.

     It is FURTHER ORDERED that the Rule 16 Scheduling Conference set on December 22, 2009, at 10:00 a.m. is VACATED and this case is STAYED until January 11, 2010.

     It is FURTHER ORDERED that the parties shall either file a stipulated motion to dismiss or a written status report on or before January 11, 2010.

Date:    December 21, 2009