IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02303-WDM-MJW

WESTERN TRADITION PARTNERSHIP, et al.,

    Plaintiffs,

v.

THE CITY OF LONGMONT AND
VALERIA SKITT,

    Defendants.

---

## NOTICE OF DISMISSAL

---

    The court takes judicial notice that the parties have filed a Joint Stipulated Motion to Dismiss with Prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on December 29, 2009.

                                             BY THE COURT:

                                             s/ Walker D. Miller
                                             United States Senior District Judge

PDF FINAL